```
 1  Morgan Chu (Bar No. 70446)
    Christopher Vanderlaan (Bar No. 155628)
 2  Benjamin Hattenbach (Bar No. 186455)
    IRELL & MANELLA LLP
 3  1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067-4271
 4  Telephone:  (310) 277-1010
    Facsimile:  (310) 203-7199
 5
    Attorneys for Plaintiff
 6  ZONE LABS, INC.

 7  David M. Barkan (Bar No. 160825)
    Kelly C. Hunsaker (Bar No. 168307)
 8  Stephen W. Flanders (Bar No. 206563)
    FISH & RICHARDSON PC
 9  500 Arguello Street, Suite 500
    Redwood City, CA 94063
10  Telephone: (650) 839-5070
    Facsimile: (650) 839-5071
11
    Attorneys for Defendant
12  SYGATE TECHNOLOGIES, INC.

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN FRANCISCO DIVISION
16

17  ZONE LABS, INC.,                 )  Case No. C 01-4231 VRW
                                     )
18           Plaintiff,              )  [PROPOSED] FINAL JUDGMENT AND
                                     )  INJUNCTION ON CONSENT
19      v.                           )
                                     )
20  SYGATE TECHNOLOGIES, INC.,       )
                                     )
21           Defendant.              )
                                     )
22                                   )
                                     )
23  _____)

24       This civil action having come before the Court on the joint

25  application of plaintiff Zone Labs, Inc. ("Zone Labs"), and

26  defendant Sygate Technologies, Inc. ("Sygate"), and the Court

27  being advised that the parties have compromised their differences

28  and have agreed to the termination of this civil action in
```

Case No. C-01-4231 VRW
Final Judgment and Injunction on Consent          1
563192

accordance with the terms of a Settlement Agreement executed June 28, 2002, the following stipulated findings and conclusions, and the entry of this Final Judgment;

NOW, THEREFORE, upon the consent of the parties hereto, it is hereby ORDERED AND DECREED that:

1. This Court has jurisdiction over the parties and plaintiff's claim of patent infringement under the patent laws of the United States, namely, the United States Patent Act, 35 U.S.C. § 101 *et seq.*, pursuant to 35 U.S.C. § 281 and 28 U.S.C. §§ 1331 and 1338(a), and venue of this action is proper in this District under 28 U.S.C. §§ 1391 and 1400(b).

2. It is conclusively determined between the parties that all claims of U.S. Patent No. 5,987,611 ("the '611 patent") are valid and enforceable. Sygate will not challenge, nor assist in challenging, the validity or enforceability of the '611 patent in any judicial or administrative proceeding, including any proceeding before the U.S. Patent and Trademark Office, except as required by law pursuant to a valid subpoena or court order.

3. Sygate, and its officers, agents, servants, employees, representatives, and assigns, and any and all persons who are in active concert or participation or otherwise in privity with Sygate, are hereby permanently enjoined and restrained from:

   A. Making, using, selling, offering to sell, or importing computer software that infringes the '611 patent, or inducing infringement or contributing to infringement of the '611 patent, in the absence of a license under the '611 patent that covers such activity;

B. Making, using, selling, or offering to sell Sygate's "Sygate Secure Enterprise" ("SSE") computer software, except any portion of the SSE computer software if sold by itself as a standalone product not designed to be combined with any other computer software, including any central management component, in such a way as to infringe the '611 patent, or induce infringement or contribute to infringement of the '611 patent, in the absence of a license under the '611 patent; and/or

C. Selling or otherwise transferring ownership of the SSE computer software source code to a third party without first (i) informing the third party of the existence and applicability of this Final Judgment and Injunction on Consent, (ii) informing Zone Labs a reasonable time prior to the intended sale or transfer, (iii) obtaining the third party's written assent to be bound to the terms herein, and (iv) providing a copy of the third party's written assent to Zone Labs prior to the intended sale or transfer.

D. The injunction set forth in paragraphs 3(A) and (B) above shall terminate automatically in the event that all of claims 1-9, 11-18, 21-24, and 26-30 of the '611 patent are found invalid or unenforceable after a final judgment, after all avenues for appeal have been exhausted, in an action by a third party and without any assistance from Sygate (other than that required by law pursuant to a valid subpoena or court order).

       4.   Zone Labs' First Claim for Relief (for Patent Infringement) and Sygate's First Counterclaim (for Declaratory Judgment of Non-Infringement and Invalidity) are hereby dismissed with prejudice.

       5.   Each of the parties hereto shall bear its own costs and attorneys' fees incurred in this action.

       6.   This Final Judgment and Injunction on Consent shall be binding upon the parties, their heirs, successors, and assigns.

       7.   Jurisdiction is retained by this Court for the purpose of enabling the parties to apply to this Court at any time for such further orders or direction as may be necessary for the interpretation or implementation hereof, compliance herewith, or the punishment of violations hereof, or for enforcement of the parties' Settlement Agreement.

**IT IS SO ORDERED.**


       Dated this _____ day of _____, 2002.


                                    _____
                                    Hon. Vaughn R. Walker
                                    United States District Judge

Presented by:
                                    IRELL & MANELLA LLP
                                    Morgan Chu
                                    Christopher Vanderlaan
                                    Benjamin Hattenbach

                                    By: _____/s/_____
                                    Christopher Vanderlaan (Bar No. 155628)
                                    Attorneys for Plaintiff
                                    Zone Labs, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FISH & RICHARDSON PC
David M. Barkan (Bar No. 160825)
Kelly C. Hunsaker (Bar No. 168307)
Stephen W. Flanders (Bar No. 206563)


By: /s/ David M. Barkan
David M. Barkan (Bar No. 160825)
Attorneys for Defendant
Sygate Technologies, Inc.

Case No. C-01-4231 VRW
Final Judgment and Injunction on Consent
56318:1

5