IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZONE LABS, INC., | No. C 01-4231 VRW |
| Plaintiff, | **ORDER GRANTING STIPULATION** |
| v. | |
| SYGATE TECHNOLOGIES, INC., | |
| Defendant. | |

The FINAL JUDGMENT AND INJUNCTION ON CONSENT filed on June 28, 2002 in the above captioned case is **GRANTED.**

**IT IS SO ORDERED**

Dated: July 5, 2002

/S/
VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE