Morgan Chu (Bar No. 70446)
Christopher Vanderlaan (Bar No. 155628)
Benjamin Hattenbach (Bar No. 186455)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4271
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

E-Filing

Attorneys for Plaintiff
ZONE LABS, INC.

Michael V. Ciresi
Thomas L. Hamlin
Richard M. Martinez
ROBINS, KAPLAN, MILLER, CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile: (612) 345-0612

Attorneys for Defendant
SYGATE TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ZONE LABS, INC., | ) Case No. C 01-4231 VRW |
|---|---|
| Plaintiff, | ) |
| | ) THIRD STIPULATION AND [PROPOSED] |
| v. | ) ORDER TO CONTINUE BRIEFING |
| | ) SCHEDULE |
| SYGATE TECHNOLOGIES, INC., | ) |
| Defendant. | ) |

As indicated in the parties' second Court-approved stipulation dated May 16, 2005 ("Stipulation"), and as encouraged in the Court's March 15, 2005 Order, the parties have been continuing discussions about the possibility of an out-of-court resolution to their dispute. To facilitate these ongoing discussions, the parties request that the Court modify the briefing

schedule, presently established by the prior Stipulation, by two weeks in accordance with the revised schedule set forth below. No change is needed for the currently set hearing date. In the event that the parties' discussions result in a final resolution, the parties will notify the Court immediately.

WHEREFORE, IT IS HEREBY STIPULATED by and between the parties to the above-captioned action, subject to the Court's approval, that:

1. The initial due date for opening briefs specified in the Court's March 15, 2005 Order at pages 27-28 be continued from June 2, 2005 to June 16, 2005;

2. The due date for opposition briefs shall be continued from June 23, 2005 to July 7, 2005;

3. The due date for reply briefs shall be continued from July 7, 2005 to July 21, 2005; and

4. The hearing date remains August 4, 2005, as previously set by the Court.

Counsel for Zone Labs is informed by Sygate's counsel that the Court has indicated, through its clerk, that it will postpone filing a public version of its March 15, 2005 Order until the August 4, 2005 hearing date. Therefore, unlike the prior Stipulation, this Stipulation does not address the publication of the Order.

I, Christopher A. Vanderlaan, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: June 2, 2005

Morgan Chu
Christopher Vanderlaan
Benjamin Hattenbach
IRELL & MANELLA LLP

By: /s/ Christopher A. Vanderlaan
Christopher A. Vanderlaan
Attorneys for Plaintiff
ZONE LABS, INC.

Dated: June 2, 2005

Michael V. Ciresi
Thomas L. Hamlin
Richard M. Martinez
ROBINS, KAPLAN, MILLER, CIRESI LLP

By: /s/ Thomas L. Hamlin
Thomas L. Hamlin
Attorneys for Defendant
SYGATE TECHNOLOGIES, INC.

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: _____

_____
Hon. Vaughn R. Walker
United States District Judge